NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRENDA R. KEHOE,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2024-1961

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-01120-EDK, Chief Judge Elaine Kaplan.

---

## O R D E R

The United States moves for a 30-day enlargement of time to file the response brief. Upon having considered the Joint Stipulation of Voluntary Dismissal submitted at ECF No. 27, and the parties having so agreed,

IT IS ORDERED THAT:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

2                                                    KEHOE V. US

(3)  The motion to extend time to file the response brief is mooted.

FOR THE COURT

February 6, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 6, 2025